# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
ASHEVILLE, NC

MAR 23 2022

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Priority Mail Express Parcel with tracking number 9470136109361084935058, currently located at 591 Brevard Road, Asheville, NC 28806.

Case No. 1:22-Mj 20

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail Express Parcel with tracking number 9470136109361084935058, currently located at 591 Brevard Road, Asheville, NC 28806.

located in the ___Western___ District of ___North Carolina___, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled substances and/or materials reflecting the distribution of controlled substances through the U.S. Mail.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C 841 & 843 | Distribution and Possession with Intent to Distribute a Controlled Substance |

The application is based on these facts:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Chad Swain, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/23/2022

City and state: Asheville, North Carolina

W. Carleton Metcalf, U.S. Magistrate Judge
*Printed name and title*

IN THE MATTER OF THE
SEARCH OF:

PRIORITY MAIL EXPRESS PARCEL
WITH TRACKING NUMBER
9470136109361084935058, CURRENTLY
LOCATED AT 591 BREVARD ROAD,
ASHEVILLE, NORTH CAROLINA 28806

CASE NO. 1:22 mj 20

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

The undersigned, being duly sworn, deposes and states:

1. I am a United States Postal Inspector ("USPI") assigned to Charlotte, North Carolina, and I participate in and oversee various types of investigations, including investigations into the use of the United States mails to transmit controlled substances in violation of Title 21, United States Code, Sections 841 and 843(b). I have worked as a USPI for more than 16 years. I received my initial formal classroom training from the U.S. Postal Inspection Service at the 12-week Postal Inspector Basic Training Academy in Potomac, Maryland.

2. The facts contained within this affidavit are based on my own observations and on information conveyed to me by other law enforcement officers involved in this investigation. This affidavit is provided for the sole purpose of establishing probable cause to search the parcel identified in the caption above.

3. In March 2022, the United States Postal Inspection Service, Charlotte Field Office was contacted by Homeland Security Investigations in Hendersonville, North Carolina and was made aware of previous parcel seizures by the United States Customs and Border Protection (USCBP). The seizures were related to USPS mail parcels addressed to an individual identified as Dylan Childers, who receives mail at P.O. Box 18151, Asheville, NC 28814. According to Homeland Security Investigations, on February 18, 2020, at the Customs and Border Protection San Francisco Mail Center, one USPS Air

1

Mail Letter from Cambodia was selected by Customs and Border Protection for inspection. The letter was addressed to Dylan Childers, P.O. Box 18151, Asheville, NC 28814. On February 24, 2020, the letter was opened and examined by Customs and Border Protection. The letter did not have any tracking number or any declaration on it. The letter was found to contain 60 white oblong tablets with imprinted "DHC 60" on one side and nothing on the reverse in one plastic bag in between papers. The "DHC 60" white tablets tested positive for Dihydrocodeine, a Schedule II controlled substance. The letter was seized by Customs and Border Protection.

4. On February 21, 2020, at the Customs and Border Protection San Francisco Mail Center, one USPS Air Mail Letter from Cambodia was selected by Customs and Border Protection for inspection. The letter was addressed to Dylan Childers, P.O. Box 18151, Asheville, NC 28814. On February 26, 2020, the letter was opened and examined by Customs and Border Protection. The letter did not have any tracking number or any declaration on it. The letter was found to contain 120 round yellow tablets with imprinted "MS" on one side and a cross-score on the reverse in one plastic bag. The yellow tablets tested positive for Diazepam, a Schedule IV controlled substance. The letter was seized by Customs and Border Protection.

5. On March 16, 2022, a Priority Mail Express parcel bearing Priority Mail Express tracking number 9470136109361084935058 entered into the mail stream in Spring, Texas. The parcel is addressed to "Dylan Childers, P.O. Box 18151, Asheville, NC 28814-0151."

6. Based on previous seizure information provided by Customs and Border Protection, on March 18, 2022, Postal Inspectors and Homeland Security Investigators conducted a parcel interdiction at the Asheville Mail Facility, located at 591 Brevard Road, Asheville, NC 28806. Postal Inspectors and Homeland Security Investigators located the above-mentioned parcel and deemed the parcel suspicious

2

based on the appearance of an invalid sender. The parcel was isolated for further investigation by Postal Inspectors and Homeland Security Investigators.

7. More particularly, on March 18, 2022, your affiant attempted to verify the information provided on the Priority Mail Express parcel by using law enforcement search databases, and your affiant was able to determine that the name of the sender for the return address on the parcel is not associated with the address provided. The name of the addressee for the delivery address is associated with the address provided.

8. The parcel is described as follows:

   A. Addressed To: "Dylan Childers, P.O. Box 18151, Asheville, NC 28814-0151"

   B. From: "Damian Jenkins, 17330 Seven Pines Dr, Spring, TX 77379"

   C. Size: approximately: 12.5" X 9.5"

   D. Weight: approximately 4 ounces.

   E. Physical description: a blue and white envelope bearing Priority Mail Express tracking number 9470136109361084935058.

9. Your affiant is aware, through his training and experience, that people who utilize the United States mails to distribute controlled substances commonly use fictitious names and addresses in an attempt to avoid detection by law enforcement agencies. Your affiant is also aware, through training and experience, that Texas is a known source area for controlled substances.

10. Your affiant is aware, through his training and experience, that drug dealers often use the mail, specifically Express and Priority Mail, for the delivery of controlled substances for various reasons, some of which are listed below:

   A. Items sent via Express and Priority Mail are considered to be First Class Mail; therefore, cannot be examined without a federal search warrant.

   B. Express and Priority Mail are generally expected to be delivered in 1–3 days. This assures the drug dealer of expedited delivery.

3

C.  Various dispatch times (times which a mailed item is transported to the next destination) are available to customers upon request and provides the mailer an opportunity to have some control as to the arrival of the mailed item.

D.  Individuals desiring to either send or receive controlled substances and payments for these substances through the U.S. Mails can do so without having to provide identification; therefore, reducing the possibility of revealing their true identity.

11. On March 18, 2022, your affiant contacted Drug K-9 Handler Special Agent M. Lesassier, North Carolina Alcohol Law Enforcement, and asked him to provide a drug detecting K-9. Agent M. Lesassier responded to the United States Postal Inspection Service Office in Asheville, North Carolina, with drug detecting K-9 "Jip" on March 22, 2022.

12. Priority Mail Express parcel bearing tracking number 9470136109361084935058 was placed into a lineup. The suspect parcel was placed along a wall with four separate but similar control parcels at the United States Postal Inspection Service Office in Asheville, North Carolina. Your affiant observed as "Jip" walked among the parcels. "Jip" alerted only to the suspect parcel by turning, sitting, and staring at the parcel, thus indicating the scent of a controlled substance. The examination took place at 9:56 am on March 22, 2022.

13. Narcotics Detection K-9 "Jip" was recertified by the United States Police Canine Association in December 2021. "Jip" has been trained and certified to detect the odor of marijuana, cocaine, heroin, and methamphetamine. During the last 3 months, "Jip" has been allowed to sniff building interiors, vehicles, packages and parcels. In addition, on March 15, 2022, Agent Lesassier and "Jip" obtained approximately 8 hours of training as a team, exposing "Jip" to many drug hides located in building interiors, vehicles, and packages. "Jip" passed the training after locating all of the drug hides. Agent Lesassier regularly conducts additional training in order to maintain "Jip's" proficiency.

4

14. Based on the suspicious nature of the package, including seemingly invalid sender information, which your affiant, in his training and experience, considers to be indicative of an illegitimate use of the mails, and on the K-9's alert for controlled substances within the package, your affiant respectfully contends that there is probable cause to believe that the parcel contains contraband and/or other evidence of controlled substance trafficking in violation of Title 21, United States Code, Sections 841 and 843(b). Therefore, your affiant requests a warrant authorizing a search of the package and a seizure of any contraband located therein.

_____
Chad O. Swain
U.S. Postal Inspector

*This affidavit has been reviewed by AUSA Thomas Kent*

Sworn to and subscribed before me this 23rd day of March 2022.

_____
Honorable W. Carleton Metcalf
U.S. Magistrate Judge
Western District of North Carolina